# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| RONNY SAMUEL VELASQUEZ LOPEZ, *Petitioner* | § § § § | |
| v. | § § | Case No.  SA-26-CV-04303-XR |
| DAVID VENTURELLA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE); MARCOS CHARLES, IN HIS OFFICIAL CAPACITY AS ACTING EXECUTIVE ASSOCIATE DIRECTOR, ENFORCEMENT AND REMOVAL OPERATIONS, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; MARKWAYNE MULLIN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE U.S. DEPARTMENT OF HOMELAND SECURITY; TODD BLANCHE, IN HIS OFFICIAL CAPACITY AS ACTING ATTORNEY GENERAL OF THE UNITED STATES; MIGUEL VERGARA, IN HIS OFFICIAL CAPACITY AS FIELD OFFICE DIRECTOR, SAN ANTONIO FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND WARDEN OF SOUTH TEXAS ICE PROCESSING CENTER, IN HIS OR HER OFFICIAL CAPACITY AS CUSTODIAN OF PETITIONER; *Respondents* | § § § § § § § § § § § § § § § § § § § § § § § § § | |

## ORDER REOPENING CASE

On this day, the Court considered the Parties' Motions to reopen this case (ECF Nos. 6, 8).

Petitioner brought this habeas petition challenging his detention.  ECF No. 1.  The Court dismissed

the Petition as moot, based on Respondents' representation that Petitioner had been released from

custody.  *See* ECF No. 5.

1

Petitioner moved to reopen the case, stating that he, in fact, remains in Respondents' custody.  ECF No. 6.  Shortly thereafter, Respondents filed their own motion to reopen, acknowledging that Petitioner remains in their custody and that their representation to contrary was made in error.  *See* ECF No. 8.

It is therefore **ORDERED** that the Motions (ECF Nos. 6, 8) are **GRANTED**.  This case is **REOPENED**, and the dismissal order (ECF No. 5) is **VACATED** as to this case.

It is so **ORDERED**.

**SIGNED** this 21st day of July, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE

2