**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**SAN ANTONIO DIVISION**

| | | |
|---|---|---|
| RONNY SAMUEL VELASQUEZ LOPEZ, *Petitioner* | § | |
| | § | |
| v. | § | Case No. SA-26-CV-04303-XR |
| | § | |
| DAVID VENTURELLA, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT (ICE), *et al.*, *Respondents* | § § | |

**FINAL JUDGMENT**

On this date, the Court considered the status of this case. Petitioner brought this Petition for a Writ of Habeas Corpus, challenging the legality of Petitioner's detention. ECF No. 1. Petitioner has since been released from detention. *See* ECF No. 11. Because Respondents are thus no longer detaining Petitioner, the Petition is moot. This case is therefore **DISMISSED AS MOOT**.

The Clerk is **DIRECTED** to **CLOSE** this case.

It is so **ORDERED**.

**SIGNED** this November 18, 2026.

XAVIER RODRIGUEZ
UNITED STATES DISTRICT JUDGE